UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ZELYIA M. CALDWELL and<br>MARCIA Y. MCMAHAN, on behalf of a Minor,<br>X.E.C., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:13-CV-552<br>) (COLLIER/GUYTON)<br>) |
| KNOX COUNTY BOARD OF EDUCATION,<br>*Et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

In the Order entered September 24, 2013, [Doc. 3], the Court denied the Plaintiffs' request to seal the filings in this case. The Court advised the Plaintiffs that their proposed filings would only be held under seal until October 7, 2013.

On October 4, 2013, the Plaintiffs filed a "Motion to Withdraw – Sealed Documents of Court Order Local Rule 26.2," and on October 7, 2013, the Plaintiffs filed "Clarification of Motion to Withdraw Sealed Documents of Court Order Local Rule 26.2." In these filings, the Plaintiffs state *inter alia*, "We the Plaintiffs will abide by the District Court decision not to Seal Documents [sic] as of Monday, October 7, 2013." The Court interprets these motions to be motions to withdraw the Plaintiffs' requests to seal the documents in these cases.

The Plaintiffs' Motions to Withdraw **[Docs. 10, 11]** are **GRANTED.** Consistent with the Court's previous Order [Doc. 3], the Clerk of Court **SHALL MODIFY** the filings in this case to be available for public viewing as of today, October 7, 2013.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge